UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION
CIVIL ACTION NO. 3:17-CV-00037-GNS

| | | |
|---|---|---|
| PHARMACY CORPORATION OF AMERICA, *et al.* | ) ) ) | **ELECTRONICALLY FILED** |
| Plaintiffs, | ) ) | |
| v. | ) ) | **CORPORATE DISCLOSURES** |
| CONCORD HEATHCARE GROUP, LLC, *et al*. | ) ) ) ) | |
| Defendants. | ) | |

\* \* \* \* \*

Pursuant to Federal Rule of Civil Procedure 7.1, Defendants, Concord Healthcare Group, LLC, Waco Healthcare Residence, LLC d/b/a Crestview Healthcare Residence, Fairview Operations, LLC d/b/a Fairview Healthcare Residence, Manor Nursing and Rehab Center, LLC d/b/a The Manor Healthcare Residence, Western Hills Nursing and Rehab Center, LLC d/b/a Western Hills Healthcare Residence, Groesbeck Healthcare Residence, LLC d/b/a Windsor Healthcare Residence, Mesa Hills Healthcare Residence Operator, LLC d/b/a Mesa Hills Healthcare Residence, Plano Healthcare Residence Operator, LLC d/b/a Heritage Manor Healthcare Residence, Mesa Hills Specialty Hospital Operator, LLC, Plano Specialty Hospital Operator, LLC, and Specialty Hospital of Midwest City Operator, LLC (collectively, "Defendants") state that none of them have any parent corporation or publicly held corporation owning 10% or more of its member interest.

Respectfully submitted,

s/Dustin E. Meek
Dustin E. Meek
Adam K. Neel
TACHAU MEEK PLC
3600 National City Tower
101 S. Fifth Street
Louisville, KY 40202-3120
Telephone: (502) 238-9900
Telecopy: (502) 238-9910
dmeek@tachaulaw.com
aneel@tachaulaw.com

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I certify that on March 8, 2017, I electronically filed this Corporate Disclosures with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to the following:

Benjamin C. Fultz
Jennifer Metzger Stinnett
Matthew Cory Williams
E. Rachael Dahlman Warf
FULTZ MADDOX DICKENS, PLC
101 S. Fifth Street, 27th Floor
Louisville, KY 40202
*Counsel for Plaintiffs*

s/Dustin E. Meek
*Counsel for Defendants*